# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVEN MCGINN, through next friends MARC LEVINSON and BLAKE EATON,<br><br>Plaintiff-Petitioner,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS; et al.,<br><br>Defendant-Respondents. | Case No.: 22-cv-1920-AJB-AHG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |

\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \

1 | Having considered the Joint Motion to Dismiss with Prejudice, and with
2 | good cause, the Court hereby **GRANTS** the joint motion. Plaintiff's claims and
3 | causes of action against all Defendants are hereby **DISMISSED WITH**
4 | **PREJUDICE**, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with all
5 | parties to bear their own costs and attorney fees.

**IT IS SO ORDERED.**

Dated:  February 9, 2023

Hon. Anthony J. Battaglia
United States District Judge

2